**Dismiss and Opinion Filed April 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00193-CV

## IN RE AEP TEXAS, INC., Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01068**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Reichek
Opinion by Justice Reichek

Before the Court is relator's April 6, 2020 motion to dismiss. In that motion, relator informs us that the parties have agreed to settle the case and that the district court has entered an agreed order of dismissal with prejudice. Accordingly, we grant the motion and dismiss the proceeding.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

200193F.P05